**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STATE FARM FIRE AND CASUALTY CO.,** | : | **No. 1:23-cv-01661** |
| **Plaintiff** | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| | : | |
| **PPL ELECTRIC UTILITIES CORP.,** | : | |
| **Defendant** | : | |

**ORDER**

**AND NOW**, on this 31st day of March 2026, upon consideration of Plaintiff State Farm

Fire and Casualty Co. ("Plaintiff")'s motion to exclude certain expert testimony and opinions of

Michael E. Schaal (Doc. No. 31), and Defendant PPL Electric Utilities Corp. ("Defendant")'s

motion to exclude certain testimony and opinions of Lee McAdams and Michael Wald (Doc. No.

30), and in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion (Doc. No. 31) is **GRANTED in part and DENIED in part**, in that Mr. Schaal will be precluded from testifying as to the opinions numbered five and six in his report, but will be permitted to testify as to opinion number nine (Doc. No. 30-9);

2. Defendant's motion (Doc. No. 30) is **GRANTED in part and DENIED in part**, in that Mr. McAdams's challenged opinion—paragraph two of the "summary" section of his report (Doc. No. 34 at 73)—is excluded, but Mr. Wald will be permitted to testify as to his challenged opinions; and

3. A status conference **SHALL BE HELD** on April 28, 2026 at 11:00 am to discuss potential trial dates, as well as to explore the possibility of mediation. The telephone number of the Court for purposes of this call is 717-221-3990. Plaintiff's counsel shall initiate the telephone call.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania